

FEB 12 2020

Clerk, U.S. District Court

By: _K.Welligt_ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Vancile Arthur White Jr )

1331 SW Van Buren St )

Topeka Kansas 66612 )

(Enter above the full name of the Plaintiff(s) )

)

vs. Alltran Education Inc )        Case Number S:20-CV-04009-KHV-ADM

Credit Adjustment Inc )

_____ )

Name )

_Manchester, NH 03108_ )

Street and number 6506 S Lewis Ave STE 260 )

_Tulsa      OK       74136-1091_ )

City        State        ZipCode )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.    Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the
second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.    Name of plaintiff _Vancile Arthur White Jr_

Address _1331 Van Buren_

_Topeka, Kansas 66612_

_____

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.    Defendant __Alltran Education Inc__ is

employed at __6506 S Lewis Ave STE 260__

__Tulsa, OK 74136—    Ph-888-377-5000__

C.    Additional Defendants __Credit Adjustment Inc__

__P.O. Box 5640 Manchester NH 03108__

__Ph. -1-800-347-9623__

II.    Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A.    (If Applicable) Diversity of citizenship and amount:

1.    Plaintiff is a citizen of the State of __America, United States__

2.    The first-named defendant above is either

a.    a citizen of the State of __United States__ ; or

b.    a corporation incorporated under the laws of the State of __Kansas__ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

a.    a citizen of the State of __United States__ ; or

b.    a corporation incorporated under the laws of the State of __Kansas__ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

B.    (If applicable)   Jurisdiction founded on grounds other than diversity
(Check any of the following which apply to this case).

☐ 1.    This case arises under the following section of the Constitution of
the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article _42_, Section _1983_
Statute, US Code, Title _42_ , Section _1983_

☒ 2.    This case arises because of violation of the civil or equal rights,
privileges, or immunities accorded to citizens of, or persons within
the jurisdiction of, the United States (28 U.S.C. §1343).

☐ 3.    Other grounds (specify and state any statute which gives rise to such
grounds):

F.T.C. & F.D.C.P.A. violations in
Theft By Deception, And DeFrauded
intentionlly Deceptive Practices of collecting
on A income taxes 2017 & 2018 on A -O- Blance
loan dept not owe -0- zero owe. Fed loan dept
III.    Statement of Claim:   FRom the year 1982.

(State here a short and plain statement of the claim showing that plaintiff is entitled to
relief.   State what each defendant did that violated the right(s) of the plaintiff, including
dates and places of such conduct by the defendant(s).   Do not set forth legal arguments.
If you intend to allege more than one claim, number and set forth each claim in a separate
paragraph.   Attach an additional sheet, if necessary, to set forth a short and plain statement
of the claim[s].)

The undue hardships, Theft By Deception, Defrauded
Aginust F.T.C. & F.D.CPA in Deceptive Practices in
illegal unfair Action in the witholding And the
missapronations, of Federal credit in income tax Returns
2017 & 2018 in violation illegal collection on A -O- Blance
Owe,

IV.    Relief:

(State briefly exactly what judgement or relief you want from the Court.   Do not make
legal arguments.)   Restoration And Restiution, of 2017 and 2018 tax Returns
Theft By Deception, And DeFraded Deceptive Practices, And Suit
For Compensation For the [3] sum of 750,000 °° Thousand Dollars
And Attorney Fees, Imposseing Penalties, And other Relief thats
Just And Equable Relief

At the time of collection, On All (3) Credit Reporting Agency's show Fed loAns credit Report had -0- zero Blance owe, Way before this illegal collection And missAproation of Income TAx Returns 2017 And 2018.

V.   Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☒   No ☐

VI.   Do you claim actual damages for the acts alleged in your complaint?
Yes ☒   No ☐

VII.   Do you claim punitive monetary damages?   Yes ☒   No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

$ 750,000 °° Thousand dollars, To Bring Suit Fowarnd ON imposPRieties in total undue hardship, The Theft By deception, DeFrauded under Title 42, U.S.CA 1983 F.R.C.P. Also to included Compensation And Attorney's Fee's, And to imposse penalties And other Relief thnts Just And Equitable of Federal And State Protection's exemption, which were Adwailable For Some time Now that were And has been improperly Denied

4

VIII.   Administrative Procedures:

    A.    Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☒ No ☐

    B.    If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

\* State of Kansas, Office of the Attorney General
\* Consumer Financial Protection Bureau
slow process still No Relif so far

    C.    If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

\* See All attach letters \* Responces from Above NAme defendants ect, Al party's presented Already summited, Administrative level with no Relif so far

IX.   Related Litigation:

Please mark the statement that pertains to this case:

☐     This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☒     Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_Vancil Auto White JR_
Signature of Plaintiff

Vancile Arthur White JR
Name (Print or Type)

1331 SW Van Buren St
Address Topeka Kansas 66612

5

Topeka  Kansas  66612
City           State          Zip Code

785  969-2469
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐Wichita,  ☐Kansas City , or  ☒Topeka} , Kansas as the
(Select One)
location for the trial in this matter.

_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury {  ☒Yes or  ☐No  }
(Select One)

_____
Signature of Plaintiff

Dated: 2/20  2/12/20
(Rev. 10/15)

6